**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
    Attorneys for LVMPD Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DOMINIC GENNARINO,<br><br>            Plaintiff,<br><br>    vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; OFFICER ROBERT GLOWINSKI; OFFICER ALLEN HOGAN; OFFICER JACOB WERNER; OFFICER KEVIN KOLKOSKI and DOE OFFICERS 1-10,<br><br>            Defendants. | Case No.:   2:15-cv-02030-JAD (NJK)<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Defendants Las Vegas Metropolitan Police Department, Ofc. Glowinski, Ofc. Hogan, Ofc. Werner and Ofc. Kolkoski, by and through their counsel of record, Craig R. Anderson, Esq., of the law firm of Marquis Aurbach Coffing, and Plaintiff Dominic Gennarino, by and through his counsel of record, Jared R. Richards, Esq., of Clear Counsel Law Group, that all parties are dismissed with prejudice in the above-referenced matter; and

/ / /

/ / /

/ / /

MAC:05166-892 2773756_1 4/14/2016 11:40 AM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

IT IS FURTHER STIPULATED that all parties shall bear their own attorney fees and costs.

Dated this 14th day of April, 2016.                      Dated this 14th day of April, 2016.

MARQUIS AURBACH COFFING                         CLEAR COUNSEL LAW GROUP

By: s/Craig R. Anderson                                           By: s/Jared R. Richards
Craig R. Anderson, Esq.                                            Jared R. Richards, Esq.
Nevada Bar No. 6882                                                Nevada Bar No. 11254
10001 Park Run Drive                                               50 S. Stephanie, Ste. 101
Las Vegas, Nevada 89145                                         Henderson, Nevada 89012
Attorney for LVMPD Defendants                              Attorney for Plaintiff

## ORDER

Based on the parties' stipulation, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to close this case.

Dated: April 14, 2016.

_____
UNITED STATES DISTRICT JUDGE